UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LORETHA S. WARD, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:16-CV-294-FL |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 18, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $3,120.00.

**This Judgment Filed and Entered on May 18, 2018, and Copies To:**

Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
Kaba-Kabi A. Kazadi (via CM/ECF Notice of Electronic Filing)

May 18, 2018                    PETER A. MOORE, JR., CLERK
                                  /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk